```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 06337
    RADIM TESARIK
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-5049
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/18/08 and confirmed on 08/01/08.

    2.  The case was dismissed after confirmation, 10/31/2008.

    3.  The Debtor paid a total of $   5390.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 48791.69 | .00 | .00 |
| FRANKLIN CREDIT MGMT COR | SECURED | .00 | .00 | .00 |
| FRANKLIN CREDIT MGMT COR | MORTGAGE ARRE | 8425.63 | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | SECURED VEHIC | 9810.00 | 441.46 | 1384.27 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ETHOSPARTNERS | UNSECURED | NOT FILED | .00 | .00 |
| EXPO CREDIT SRV | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 67027.32 | .00 | .00 | .00 | 67027.32 |
| PRINCIPAL PAID | 1384.27 | .00 | .00 | .00 | 1384.27 |
| INTEREST PAID | 441.46 | .00 | .00 | .00 | 441.46 |
| TOTAL PAID | 1825.73 | .00 | .00 | .00 | 1825.73 |

The Debtor's attorney, JEFF WHITEHEAD               , was allowed $   3500.00
and was paid $    172.24  direct and $    3251.65  through the plan.

The Trustee received $     312.62 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/14/09                              /S/
                                             GLENN STEARNS
                                             CHAPTER 13 TRUSTEE